(Reap. Dec. 9276)

LIBERTY BRUSH CO. v. UNITED STATES

Entry No. 844249.

(Decided December 22, 1958)

*Cobb & Weissbrodt* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

MOLLISON, Judge: Counsel for the parties have stipulated and agreed in this case as follows:

It is hereby stipulated and agreed by counsel for the respective parties, subject to the approval of the Court, that the merchandise involved in the subject appeal consists of paint brushes exported from England.

That at the time of exportation thereof, such or similar paint brushes were not being freely offered for sale for home consumption in England, or for export to the United States, or for sale in the principal markets of the United States, in accordance with the provisions of Section 402 (c), (d), and (e), of the Tariff Act of 1930, as amended.

That at the time of exportation thereof, the "cost of production" of such paint brushes, as defined in Section 402 (f) of the aforesaid Act, is as shown in Schedule "A", hereto attached and made a part hereof.

On the agreed facts, I find cost of production, as defined in section 402 (f) of the Tariff Act of 1930 to be the proper basis of valuation for the merchandise involved, and that such cost of production in each instance is as set forth in schedule "A," attached to and made a part of this decision.

Judgment will issue accordingly.

(425)

Schedule "A"

Reappraisement No. 282801-A

Shillings, British currency

| Reappraise-ment No. | Merchandise Paintbrushes | (1) Materials and fabrication | (2) General expenses | (3) Profit | (4) Packing | (5) Total cost per doz. brushes |
|---|---|---|---|---|---|---|
| 282801-A | 3″ No. 1306 | 67. 73 | 6. 77 | 7. 45 | 3. 92 | 85. 87 |
| | 2″ No. 1306 | 35. 54 | 3. 55 | 3. 91 | 1. 90 | 44. 90 |
| | 2″ No. 1306 Long Handles | 37. 54 | 3. 75 | 4. 13 | 2. 30 | 47. 72 |
| | 4″ x ⅞″ x 3¾″ 7801C. | 91. 69 | 9. 17 | 10. 08 | 5. 78 | 116. 72 |
| | 3″ D. V. 3A–1305 | 62. 62 | 6. 26 | 6. 89 | 3. 90 | 79. 67 |
| | 2″ D. V. 3A–1305 | 32. 31 | 3. 23 | 3. 55 | 2. 13 | 41. 22 |
| | 2½″ D. V. 3A–1305 | 40. 85 | 4. 08 | 4. 49 | 2. 44 | 51. 86 |
| | 1½″ D. V. 3A–1305 | 21. 62 | 2. 16 | 2. 38 | 2. 15 | 28. 31 |
| | 2″ S/Oval Cel. | 52. 11 | 5. 21 | 5. 73 | 2. 23 | 65. 28 |
| | 2½″ F/Sash Nob. | 57. 07 | 5. 71 | 6. 28 | 2. 61 | 71. 67 |
| | 3½″ x ⅞″ x 4.¾₁₆″–4316/C/6. | 120. 10 | 12. 01 | 13. 21 | 5. 34 | 150. 66 |
| | 3″ x 433/16″ 4316/C | 109. 60 | 10. 96 | 12. 06 | 4. 07 | 136. 69 |
| | 3″ x 1″ x 4.¾₁₆″ 4316/C/2 | 113. 93 | 11. 39 | 12. 53 | 4. 16 | 142. 01 |
| | 4″ x ⅞″ x 4.¾₁₆″ 4316/C/3 | 117. 71 | 11. 77 | 12. 95 | 5. 87 | 148. 30 |
| | 2½″ D. V. 3B–1300 | 51. 83 | 5. 18 | 5. 70 | 2. 65 | 65. 36 |
| | 3″ D. V. 3B–1300 | 72. 30 | 7. 23 | 7. 95 | 4. 16 | 91. 64 |
| | 2″ D. V. 3B–1300 | 43. 43 | 4. 34 | 4. 78 | 2. 30 | 54. 85 |
| | 1½″ D. V. 3B–1300 | 29. 10 | 2. 91 | 3. 20 | 1. 71 | 36. 92 |
| | 3″ D. V. 2B–1205 | 32. 59 | 3. 26 | 3. 58 | 3. 27 | 42. 70 |
| | 6/0 F. Oval | 64. 77 | 6. 48 | 7. 12 | 2. 51 | 80. 88 |
| | 10/0 x 3.⅞″ F. Oval | 113. 75 | 11. 37 | 12. 51 | 3. 51 | 141. 14 |
| | 1½″ D. V. 2C–1210 | 14. 09 | 1. 41 | 1. 55 | 1. 41 | 18. 46 |
| | 1″ D. V. 2C–1210 | 8. 32 | . 83 | . 91 | 1. 12 | 11. 18 |
| | 2″ D. V. 2C–1210 | 19. 54 | 1. 95 | 2. 15 | 1. 71 | 25. 35 |
| | 2″ A/Sash Nob. | 24. 70 | 2. 47 | 2. 72 | 2. 05 | 31. 94 |
| | 1½″ A/Sash Nob. | 16. 07 | 1. 61 | 1. 77 | 1. 67 | 21. 12 |
| | 3″ x 3.⅝″ S/Oval | 102. 01 | 10. 20 | 11. 22 | 3. 69 | 127. 12 |
| | 3.⅛″ Shasta Cel. | 75. 22 | 7. 52 | 8. 27 | 3. 66 | 94. 67 |